IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOEL CLARK                                                                                          PLAINTIFF

v.                                    Case No. 1:23-cv-01100

JANE DOE and
LARRY FOWLER TRUCKING, INC.                                                      DEFENDANTS

## ORDER

Before the Court is a notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii). (ECF No. 25). The parties stipulate that all claims asserted in this matter should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by both Plaintiff and Defendant. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, the case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of December 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge